MAXWELL PALMER et al., Doing Business under the Name of LINDEN PHARMACY, et al., Respondents, v. SAM B. ANGERT, Doing Business under the Name of ANGERT's CUT RATE DRUG, Appellant.

Submitted April 3, 1950; decided April 6, 1950.

*Abraham Sarason* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES A. SULLIVAN, Appellant.

Submitted April 3, 1950; decided April 6, 1950.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 300 N. Y. 696.]